1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TIM COMPTON,                                No.  2:16-cv-00178-TLN-AC

12              Plaintiff,

13         v.                                      ORDER

14    LIBERTY LIFE ASSURANCE
      COMPANY OF BOSTON,
15
                Defendant.
16

17

18         Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

19    This proceeding was referred to the undersigned pursuant to Local Rule 302(a) and 28 U.S.C. §

20    636(b)(1).  ECF No. 3.  Plaintiff has submitted an affidavit making the showing required by 28

21    U.S.C. § 1915(a)(1).  Accordingly, the request to proceed in forma pauperis will be granted.

22         Good cause appearing, IT IS ORDERED that plaintiff's request for leave to proceed in

23    forma pauperis is granted.

24    DATED:  March 17, 2016

25                                               _____
                                                 ALLISON CLAIRE
26                                               UNITED STATES MAGISTRATE JUDGE

27

28